AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:24-mj-00326 |
| John-Everett Doling | ) | Assigned to: Judge Upadhyaya, Moxila A. |
| | ) | Assign Date: 10/16/2024 |
| | ) | Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __John-Everett Doling__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering or Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 10/16/2024

*Moxila A. Upadhyaya*
Digitally signed by Moxila A. Upadhyaya
Date: 2024.10.16 12:52:23 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.            Moxila A. Upadhyaya U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 10/16/2024, and the person was arrested on *(date)* 10/17/2024
at *(city and state)* GAINESVILLE, GA.

Date: 10/17/2024

*David Elmadolar* (signature)
*Arresting officer's signature*

David Elmadolar  DUSM
*Printed name and title*